UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
                                                :
THOMAS GESUALDI, et al.,                        :       11-CV-4083 (ARR) (RLM)
                                                :
                    Plaintiffs,                 :       NOT FOR ELECTRONIC
                                                :       OR PRINT PUBLICATION
    -against-                                   :
                                                :       ORDER
VLF11 MANAGEMENT CORP.,                         :
                                                :
                    Defendant.                  :
                                                :
---------------------------------------------------------------------- X

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated February 28, 2013, from the Honorable Roanne L. Mann, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

I therefore dismiss the Complaint with prejudice, as precluded by res judicata, and deny plaintiffs' Motion for Default Judgment as moot. The Clerk of Court shall enter judgment accordingly.

SO ORDERED.

/s/
Allyne R. Ross
United States District Judge

Dated:      March 21, 2013
            Brooklyn, New York